No. 00–6731. PITTMAN v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6733. COLON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–6735. REYNOSO v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–6737. BROWN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–6741. MITCHELL v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6747. DURAN v. WOODS, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6750. GOMEZ HERNANDEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DI-VISION. C. A. 5th Cir. Certiorari denied.

No. 00–6751. HINTON v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–6752. GANDOLFO v. FOUNTAIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–6758. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6766. KIBLER v. WALTERS. C. A. 9th Cir. Certiorari denied.

No. 00–6767. LAWRENCE v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6778. STEPHENSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.